# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald A. Stewart,<br><br>          Plaintiff,<br><br>v.<br><br>Synergetic Communication, Inc.; and Does 1 to 10, inclusive,<br><br>          Defendants. | No. CV-16-01790-PHX-NVW<br><br>**ORDER** |

The Court having been notified that this matter has settled (Doc. 13);

IT IS HEREBY ORDERED that this action will be dismissed by the Clerk's Office without further notice on **September 8, 2016**, unless prior thereto a judgment or order of dismissal is entered.

The Court does not decide whether to retain jurisdiction to enforce a settlement until the Court has examined the proposed settlement.

Dated this 11th day of August, 2016.

_____
Neil V. Wake
Senior United States District Judge